IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WAYDE MCKELVY,<br><br>                    Defendant. | CRIMINAL ACTION<br>NO. 15-398-3 |

## **ORDER**

**AND NOW**, this 9th day of October 2020, upon consideration of Defendant Wayde McKelvy's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c) (Doc. No. 228), Defendant Wayde McKelvy's Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Doc. No. 229), Defendant's amended supplemental memoranda in support of his Motion for Judgment of Acquittal and his Motion for a New Trial (Doc. Nos. 262, 263), the Government's Response to Defendant's Motion for Judgment of Acquittal (Doc. No. 274), the Government's Response to Defendant's Motion for a New Trial (Doc. No. 275), Defendant's Replies in Support of his Motions (Doc. Nos. 280, 281), the arguments of counsel at the June 28, 2019 hearing held on the Motions (Doc. No. 288), and Defendant's supplemental letters in support of his Motions (Doc. Nos. 289, 290), and in accordance with the Opinion issued

this day, it is **ORDERED** as follows:

1. Defendant Wayde McKelvy's Motion for Judgment of Acquittal (Doc. No. 228) is **DENIED**.

2. Defendant Wayde McKelvy's Motion for a New Trial (Doc. No. 229) is **DENIED**.

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.